ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2021 FEB -1 PM 4: 17

| | | |
|---|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:20-cv-02478 |
| DELMA JEFFERSON, | § § § | |
| Defendant. | § § § § | |

## NOTICE OF MOTION AND MOTION OF DEFENDANT TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION, UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on _____, 2021, at \_\_\_\_\_ a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable _____, located in the United States Courthouse, Dallas, Texas, Defendant Delma Lamar Jefferson, specially appearing, will, and hereby does, move this Court pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for an order dismissing without leave to amend claims raised against him in the Complaint filed by Plaintiff Atlantic Specialty Insurance Company in the above-captioned matter. Mr. Jefferson seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(2) on

the grounds that this Court lacks personal jurisdiction over him because he does not have sufficient contacts with the State of Texas to support an exercise of general or specific jurisdiction.

Defendant is entitled as a matter of law to an order dismissing the Complaint identified above, without leave to amend. This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the accompanying Declaration of Delma Lamar Jefferson, any exhibits thereto filed concurrently herewith, all of the pleadings, files, and records in this action, all other matters of which the Court may take judicial notice, and the argument and evidence that may be presented to or considered by the Court prior to its ruling.

Respectfully submitted,

**DELMA LAMAR JEFFERSON**, In Pro Per
5200 Quick Court
Elk Grove, CA 95757

_____
Delma Lamar Jefferson

## CERTIFICATE OF SERVICE

This will certify that on the 29th day of January December 2021, a copy of the attached document Motion was also sent via Email to the following recipient:

Brett A. Wallingford
Attorney for Plaintiff
bwallingford@zelle.com

_____
Steven I. Hochfelsen

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DELMA JEFFERSON, <br><br> Defendant. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 3:20-cv-02478 <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER

COMES NOW, Defendant Delma Lamar Jefferson's Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) for Lack of Personal Jurisdiction. After considering the Motion, the files, records and pleadings in this action and the declarations and affidavits supporting and opposing the motion, this Court finds that it lacks personal jurisdiction over Defendant, Delma Lamar Jefferson in Dallas, Texas.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to dismiss is hereby GRANTED.

SIGNED THIS _____ DAY OF _____, 2021.


_____
DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This will certify that on the 29th day of January December 2021, a copy of the attached document Motion was also sent via Email to the following recipient:

Brett A. Wallingford
Attorney for Plaintiff
bwallingford@zelle.com

Steven I. Hochfelsen